

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Billy Keith Basye, Appellant

No. 06-18-00063-CR　　v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-16-25993). Memorandum Opinion delivered by Justice Moseley,* Chief Justice Morriss and Justice Burgess participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Billy Keith Basye, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 14, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk